# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

146128

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KARL FREDERICK VINSON,
      Defendant-Appellant.

SC: 146128
COA: 303593
Wayne CC: 86-000214-FC

_____/

By order of April 29, 2013, the application for leave to appeal the July 26, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Garrett* (Docket No. 145594). On order of the Court, the case having been decided on December 20, 2013, 495 Mich ___ (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

MCCORMACK, J., not participating because of her prior involvement as counsel for a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

h0224